# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4579
_____

JAVONTAI THAMES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

March 6, 2018

PER CURIAM.

AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Javontai Thames, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.